James S. Monroe (SBN 102328)
MONROE LAW GROUP
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 869-1575
Facsimile: (415) 723-7423
Email: jim@monroe-law.com

Attorneys for JOHN SHEAHAN AND IAN RUSSELL LOCK,
as Joint and Several Liquidators of
AVASTRA SLEEP CENTRES LIMITED (A.C.N. 094 446 803) (In Liquidation)

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>AVASTRA SLEEP CENTRES LIMITED (A.C.N. 094 446 803) (In Liquidation),<br><br>Debtor in a Foreign Proceeding. | Case No. 11-18194<br><br>Chapter 15<br><br>**NOTICE OF HEARING ON MOTION FOR ENTRY OF ORDER GRANTING RECOGNITION OF AUSTRALIAN PROCEEDING UNDER 11 U.S.C. § 1517 AS A FOREIGN MAIN PROCEEDING WITHIN THE MEANING OF 11 U.S.C. § 1502**<br><br>Date:   August 23, 2011<br>Time:   10:30 a.m.<br>Place:  411 West Fourth Street<br>            Suite 5041 / Courtroom 5A<br>            Santa Ana, CA 92701<br>Judge:  Hon. Erithe A. Smith |

TO THE UNITED STATES TRUSTEE AND ALL OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that on August 23, 2011, at 10:30 a.m., or as soon thereafter as the matter can be heard, in the courtroom of the Honorable Erithe A. Smith, United States Bankruptcy Judge, at the United States Bankruptcy Court, located at 411 West Fourth Street, Suite

5041 / Courtroom 5A, Santa Ana, California 92701, a hearing will be held on the MOTION FOR ENTRY OF ORDER GRANTING RECOGNITION OF AUSTRALIAN PROCEEDING UNDER 11 U.S.C. § 1517 AS A FOREIGN MAIN PROCEEDING WITHIN THE MEANING OF 11 U.S.C. § 1502 (the "Motion") of John Sheahan and Ian Russell Lock, in their capacity as joint and several liquidators ("Liquidators") and as duly authorized foreign representatives[1] of Avastra Sleep Centres Limited (in liquidation) (the "Debtor"), the above-captioned debtor in a foreign proceeding, by their United States counsel, for entry of an order granting the Verified Petition filed by the Liquidators under Bankruptcy Code section 1515 and recognizing the Australian liquidation proceeding of the Debtor being conducted by the Liquidators as a "foreign main proceeding," as defined in Bankruptcy Code sections 1502(4) and 1517(b)(1).

This Motion is based upon this Notice of Hearing, the Verified Petition, the Motion, the Memorandum of Points and Authorities, the supporting Declarations of Glenn Davis, Esq. and John Sheahan, the pleadings and papers on file herein, and such further evidence and argument that may be presented to the Court at or before the hearing on the Motion.

PLEASE TAKE FURTHER NOTICE that pursuant to the Local Rules of the United States Bankruptcy Court for the Central District of California, opposition, if any, to the Motion shall be in writing and shall be served on the undersigned and filed with the Clerk of the Court by the opposing party no less than fourteen (14) days prior to the scheduled hearing on the Motion.

DATED: June 14, 2011                                   MONROE LAW GROUP

                                                      By:   */s/ James S. Monroe*
                                                            James S. Monroe

                                                      Attorneys for Petitioners JOHN SHEAHAN and
                                                      IAN LOCK, as Joint and Several Liquidators of
                                                      AVASTRA SLEEP CENTRES LIMITED

---

[1] As that term is defined in 11 U.S.C. § 101(24).

NOTICE OF HEARING ON MOTION FOR RECOGNITION OF FOREIGN PROCEEDING UNDER CHAPTER 15     -2-

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as **Notice of Hearing on Motion for Entry of Order Granting Recognition of Australian Proceeding Under 11 U.S.C. § 1517 as a Foreign Main Proceeding Within the Meaning of 11 U.S.C. § 1502** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 14, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**United States Trustee (SA)**　　　　　　　　　　　　　　**Nancy S. Goldenberg**
ustpregion16.sa.ecf@usdoj.gov　　　　　　　　　　　　　Nancy.goldenberg@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **June 14, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Hon. Erithe A. Smith, United States Bankruptcy Court, 411 West Fourth Street, Suite 5041 / Courtroom 5A, Santa Ana, CA 92701 (Via Express Mail)**

**Nancy S. Goldenberg, Office of the U.S. Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701 (Via First Class Mail)**

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *Fill in Date Document is Filed,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 14, 2011 | James S. Monroe | */s/ James S. Monroe* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**